**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**IN RE:**

**GUANTANAMO BAY
DETAINEE LITIGATION**

**Misc. No.  08-0442 (TFH)**

**Civil Action No.  05-2349 (RMC)**

## ORDER

Pending before the Court is Petitioner Ahmed Belbacha's (ISN 290) Emergency Motion to Reconsider and Vacate Order Dissolving Preliminary Injunction Protecting Petitioner from Forced Repatriation to Algeria to Face Persecution, Torture, and Death, and for Other Relief. For the reasons given in the Memorandum Opinion filed herewith, the Court

**ORDERS** that the motion for reconsideration is **DENIED**.

**SO ORDERED**.


April 19, 2010                                          /s/   *Thomas F. Hogan*
                                                    Thomas F. Hogan
                                                    United States District Judge